FILED
OCT 0 1 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SYLVIA MANZANO (2),<br><br>    Defendant. | Case No.: 14-CR-2092-BTM-2<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the ~~Complaint~~ *Information* in the above-entitled case be dismissed without prejudice *as to defendant Manzano(2)*.

IT IS SO ORDERED.

DATED: October 1, 2014.

_____
HONORABLE BARRY T. MOSKOWITZ
Chief Judge